# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 11, 2021

**MEMO ENDORSED**

7/6/21

Conference Adjourned
to Sept. 14, 2021
At 2 PM.

/s/ Colleen McMahon

BY ECF
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Bill Jimenez,**
      12 Cr. 777 (CM)

Dear Judge McMahon:

I write with the consent of the government and the Probation Office to request that the Court adjourn the July 14 conference in the above-referenced matter to September 14. I understand that Court, the government, and Mr. Jimenez's probation officer are all available on that date.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Kaylan Lasky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/21